VIVIAN H. EVANS, as Administratrix of the Estate of ETHEL M. HESNEY, Deceased, Appellant, v. NEWARK-WAYNE COMMUNITY HOSPITAL, INC., Respondent.—

Present — Goldman, P. J., Marsh, Gabrielli and Moule, JJ.